PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: James E. Campbell  Case Number: 3:89-CR-00084-01

Name of Judicial Officer: The Honorable Thomas A. Higgins, U. S. District Judge, reassigned on November 15, 2005, to The Honorable William J. Haynes, Jr., U.S. District Judge

Date of Original Sentence: April 19, 1990

Original Offense: 21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute Cocaine; 21 U.S.C. § 841(a)(1), Distribution of Cocaine (5 counts); 21 U.S.C. § 841(a)(1), Distribution of Cocaine within 1,000 feet of a School (3 counts)

Original Sentence: 293 months' custody; 8 years' supervised release

Type of Supervision: Supervised Release   Date Supervision Commenced: October 2, 2009

Assistant U.S. Attorney: to be assigned   Defense Attorney: to be assigned

---

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 28th day of June, 2012, and made a part of the records in the above case.

_____
U. S. District Judge
William J. Haynes, Jr.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place    Columbia, Tennessee

Date    June 27, 2012

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not commit another federal, state, or local crime:**

   On June 20, 2012, James E. Campbell was arrested for Driving Under the Influence (DUI) by the Metropolitan Nashville Police Department, Nashville, Tennessee. According to the affidavit, he registered a .084% Blood Alcohol Content (BAC). He is to appear in Davidson County General Sessions Court, Nashville, Tennessee, on July 11, 2012, for an initial appearance.

**Compliance with Supervision Conditions and Prior Interventions:**

This officer spoke with Mr. Campbell on June 21, 2012, to discuss the arrest. Mr. Campbell advised he had not eaten lunch and drank five beers. Furthermore, he was on his way to pick up dinner when he was stopped around 7:00 p.m. Mr. Campbell has been on supervision since October 2, 2009, and this is his first violation.

Mr. Campbell is currently receiving disability benefits and resides with his son.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Campbell be continued on supervised release. The Court will be notified of the disposition so it may determine if any further action is necessary.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer